UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>DEANDRE SIMMONS,<br><br>         Defendant. | Case No.: 14cr2074-LAB/<br>18cv1800-LAB<br><br>**ORDER DENYING MOTION<br>UNDER 28 U.S.C. SECTION<br>2255** |

  Defendant Deandre Simmons pled guilty to conspiracy to commit sex trafficking of a minor in violation of 18 U.S.C. § 1594 and was sentenced to 68 months' imprisonment, followed by ten years of supervised release.  Now, over three years later, he has filed an untimely motion under 28 U.S.C. § 2255 to reduce the term of his supervised release.

  Simmons argues that the law does not permit a ten-year term of supervised release, citing 18 U.S.C. § 3583(b).  Besides being time-barred, his motion fails on the merits.  Under 18 U.S.C. § 3583(k), the <u>minimum</u> period of supervised release

/ / /

/ / /

/ / /

/ / /

for this crime is five years, and supervised release for any greater period up to life is authorized.

     The motion is **DENIED**.

     **IT IS SO ORDERED**.

Dated: August 2, 2018

Hon. Larry Alan Burns
United States District Judge